**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00493-CV

### IN THE INTEREST OF J.R.W., ET AL., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-09740-Y**

## ORDER

This is an accelerated appeal from a decree terminating Father's parental rights. *See* TEX. R. APP. P. 26.1(b), 28.4. On April 15, 2015, after perfecting appeal, Father's trial counsel, who was appointed, filed in the trial court a motion to withdraw and substitute appellate counsel. By letter dated May 19, 2015, Deputy Dallas County District Clerk Angela C. Conejo informed us that no order has been entered on trial counsel's motion. Accordingly, we **ORDER** the trial court to conduct a hearing **no later than June 2, 2015,** to determine if good cause exists to replace trial counsel with another attorney. *See* TEX. FAM. CODE ANN. § 107.016(2)(C) (West 2014). The trial court shall make written findings of fact and sign an order either (1) allowing trial counsel to withdraw and appointing appellate counsel or (2) continuing trial counsel's representation. *See id.*

We note the reporter's record, which was due April 25, 2015, has not yet been filed. To avoid further delay, we further **ORDER** the trial court to direct the **official or deputy reporter**

to immediately commence the preparation of the trial record and file it **no later than June 10, 2015**. *See* TEX. R. APP. P. 28.4(b)(1), 35.1(b). The court reporter is cautioned that no extensions will be granted absent exigent circumstances, and *the trial court shall make arrangements for a substitute reporter if necessary to ensure timely compliance*. As Father was determined to be indigent prior to trial, he is presumed to remain indigent for the duration of the appeal and may proceed without advance payment of costs. *See id.* 20.1(a)(3).

We **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file a reporter's record of the hearing on trial counsel's motion to withdraw and **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's findings, any supporting documentation, and order to this Court **no later than June 5, 2015**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to Honorable Andrea D. Plumlee, Presiding Judge of the 330th Judicial District Court; Ms. Duffey; Ms. Pitre; and counsel for the parties.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated June 8, 2015 or when the requested record is received, whichever is earlier.


/s/     CRAIG STODDART
        JUSTICE